Opinion to issue March 22, 2007









 

In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-07-00169-CR

____________


IN RE ADRIAN ASHLEY WHEATFALL, Relator






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION

 Relator, Adrian Ashley Wheatfall, filed in this Court a pro se petition for
writ of mandamus. We deny the petition.

 If the respondent trial court has a legal duty to perform a nondiscretionary
act, the relator must make a demand for performance that the respondent refuses. 
Barnes v. State, 832 S.W.2d 424, 426 (Tex. App.--Houston [1st Dist.] 1992, orig.
proceeding). 

 The relator must provide this Court with a sufficient record to establish his
right to mandamus relief. See Tex. R. App. P. 52.7. Relator, however, has not
provided us with a record that shows the basis of his request for counsel. Relator
attaches a copy of correspondence from the district clerk indicating that the trial
court denied relator's request for counsel, but does not include his motion for DNA
testing, accompanying affidavit, or the request for counsel. See Tex. Code Crim.
Proc. Ann. art. 64.01 (Vernon 2006).

 Therefore, the petition for writ of mandamus is denied.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Jennings and Bland.

Do not publish. Tex. R. App. P. 47.2(b).